# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| GIBSON GUITAR CORPORATION, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-0370 |
| | ) | Judge Trauger |
| MITSUI SUMITOMO INSURANCE COMPANY | ) | |
| OF AMERICA, MITSUI SUMITOMO MARINE | ) | |
| MANAGEMENT (U.S.A.), INC., | ) | |
| CONTINENTAL INSURANCE COMPANY | ) | |
| (and Counter-Plaintiff), WILLIS OF TENNESSEE, | ) | |
| INC. and WILLIS OF MICHIGAN, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

The initial case management conference scheduled for July 11, 2011 is **CONTINUED**, to be reset, if appropriate, after a decision on the pending motions.

It is so **ORDERED.**

Enter this 30th day of June 2011.

_____
ALETA A. TRAUGER
U.S. District Judge