IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GIBSON GUITAR CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:11-cv-00370 |
| ) | Judge Trauger |
| MITSUI SUMITOMO INSURANCE OF ) | |
| AMERICA, MITSUI SUMITOMO MARINE ) | |
| MANAGEMENT (U.S.A.), INC., ) | |
| CONTINENTAL INSURANCE COMPANY, ) | |
| WILLIS OF TENNESSEE, INC., and ) | |
| WILLIS OF MICHIGAN, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons discussed in the accompanying Memorandum, the Motion to Remand filed by the plaintiff (Docket No. 18) is **GRANTED**, and this case is hereby **REMANDED** to the Chancery Court for Davidson County, Tennessee. The plaintiff's request for costs and fees against defendants Mitsui Sumitomo Insurance of American and Mitsui Sumitomo Marine Management (U.S.A.), Inc. (collectively, "Mitsui") is **DENIED**. Mitsui's request for oral argument is **DENIED**. The Motion to Dismiss filed by Mitsui (Docket No. 17) is **DENIED** as moot.

It is so Ordered.

Entered this 15th day of August 2011.

_____
ALETA A. TRAUGER
United States District Judge